■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER WILLIAMS, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on April 24, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Application by appellant *pro se* to relieve assigned counsel and for assignment of new counsel denied. Concur—Murphy, P. J., Sullivan, Ross, Asch and Milonas, JJ.